IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 NOV 15 PM 4:40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                            NO. 05-20073

TIFFANY MAXWELL,

    Defendant.

ORDER OF TRANSFER

    The Honorable Jon P. McCalla presides over case No. 2:05cr20078, in which Tiffany Maxwell is a defendant. Defendant Maxwell is set for a change of plea hearing before Judge McCalla on November 17, 2005. At the request of counsel and for the sake of judicial economy, the court finds that this defendant should be transferred to Judge McCalla for change of plea in this case as well. The above named defendant, Tiffany Maxwell, is therefore transferred to Judge McCalla. Co-defendant Yulanda Jones will remain assigned to Judge Mays.

    It is so ORDERED this 14th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-16-05

69

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:05-CR-20073 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT